

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2013

No. 04-13-00120-CV

Bren **GARZA** and Lucelva Davis,
Appellants

v.

Beth **ROSENBERG** f/k/a Beth Brenner,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02371
Honorable Janet P. Littlejohn, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Bren Garza and Lucelva Davis.

It is so **ORDERED** on April 17, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2013.

_____
Keith E. Hottle, Clerk